CHARLES BURKLE, Respondent, *v.* WILLIAM B. BOOTHBY, Appellant.

Argued December 2, 1936; decided December 31, 1936.

*Luther Ira Webster* for appellant.

*David B. Sugarman* and *Walter H. Puiziger* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.